STATE OF CONNECTICUT *v.* SCOTT SOLTES

The defendant's cross petition for certification for appeal from the Appellate Court, 20 Conn. App. 342, is dismissed.

*Elaine M. Scanlon,* in support of the petition.

*Timothy J. Sugrue,* deputy assistant state's attorney, in opposition.

Decided March 1, 1990

STATE OF CONNECTICUT *v.* PAUL KENNEDY

The defendant's petition for certification for appeal from the Appellate Court, 20 Conn. App. 354, is denied.

*Michael R. Sheldon* and *Laura P. Gordon* and *Dana E. Shaw,* certified legal interns, in support of the petition.

*Mitchell S. Brody,* assistant state's attorney, in opposition.

Decided March 1, 1990

STATE OF CONNECTICUT *v.* LARRY HOLLOMAN

The defendant's petition for certification for appeal from the Appellate Court, 20 Conn. App. 521, is denied.

*Mark Rademacher,* special public defender, in support of the petition.

*Leah Hawley,* assistant state's attorney, in opposition.

Decided March 1, 1990